**Electronically Filed
Supreme Court
28505
26-OCT-2010
01:16 PM**

NO. 28505

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

143 NENUE HOLDINGS, LLC, a Hawaii limited
liability company, Respondent/Plaintiff-Appellee,

v.

SUZANNE BONDS, aka Suzanne Duong Bonds,
Petitioner/Defendant-Appellant.

---

SUZANNE BONDS, Petitioner/Counterclaimant-Appellant,

vs.

143 NENUE HOLDINGS, LLC, a Hawaii limited liability company,
Counterclaim Respondent/Defendant/Crossclaimant-Appellee, and
AMERIQUEST MORTGAGE COMPANY, a Delaware corporation,
Respondent/Additional Counterclaim Defendant/Crossclaim
Defendant-Appellee and RONALD G.S. AU; RYAN G.S. AU; and NATALIE
AU, Respondents/Additional Counterclaim Defendants-Appellees, and
FREDDIE FRANCO; ALALA MANAGEMENT, LLC, a Hawaii limited liability
company; and DOES 1 THROUGH 20, Respondents/Additional
Counterclaim Defendants

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 05-1-0377)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Nakayama, J., for the court[1])

Petitioner's application for writ of certiorari filed on September 13, 2010, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 26, 2010.

FOR THE COURT:

/s/ Paula A. Nakayama

Acting Chief Justice

Gary Victor Dubin,
Frederick J. Arensmeyer,
Benjamin R. Brower and
Simeon Vance of the Dubin
Law Offices for petitioner
on the application

---

[1]Considered by:  Nakayama, Acting, C.J., Circuit Judge Wilson in place of Recktenwald, C.J., recused, Circuit Judge Nacino, in place of Acoba, J., recused, Circuit Judge Browning, in place of Duffy, J., recused, and Circuit Judge Lee, assigned by reason of vacancy.